# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 10-132-BAJ-DLD |
| *versus* : | |
| : | |
| DEREK A. LEWIS : | |
| FREDERICK W. SMITH : | |

**UNITED STATES' MOTION AND INCORPORATED
MEMORANDUM FOR PROTECTIVE ORDER**

NOW INTO COURT, through the undersigned Assistant United States Attorney, comes the United States of America which respectfully represents as follows:

Procedural History

1.

On September 1, 2010, the defendants were charged by indictment with twenty-two bribery-related counts.

2.

This afternoon the defendants had an initial appearance and arraignment. The United States anticipates receiving a discovery request shortly.

The Discovery

3.

The discovery to be provided by the United States includes, among other things, recorded conversations and documents. Such material pertains to an ongoing investigation by the grand jury into activities of others who have not yet been charged. While the United

States recognizes the need for the defendants and their counsel to have access to such material, disclosure should be limited to satisfy that need and to prevent the integrity of the ongoing investigation from being jeopardized. If requested, the United States is prepared to provide the Court with additional details of its ongoing investigation in camera.

4.

Rule 16(d)(1) of the Federal Rules of Criminal Procedure is entitled "protective and modifying orders" and provides that "the court may, for good cause, deny, restrict, or defer discovery or inspection, or grant other appropriate relief."

5.

Consistent with Rule 16(d)(1), the United States respectfully requests entry of a protective order with the following conditions: (1) a single copy of the discovery shall be provided to the defendants' counsel who shall maintain custody and control over the material. The provided material shall not be copied, in whole or in part, without prior approval by the Court; (2) the discovery shall be reviewed only by the defendants and their counsel. The defendants and their counsel shall not disclose to anyone except to each other any information contained in, or derived from, the discovery without prior approval by the Court; and (3) upon the conclusion of this case, the discovery and any copies thereof shall be returned to the United States.

WHEREFORE, for the reasons stated above, the United States respectfully urges the Court to issue a protective order as requested.

UNITED STATES OF AMERICA, by

DONALD J. CAZAYOUX, JR.
UNITED STATES ATTORNEY

/s/ Corey R. Amundson
Corey R. Amundson, LBN 28865
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
E-mail: corey.amundson@usdoj.gov

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | CRIMINAL NO. 10-132-BAJ-DLD |
| *versus* | : | |
| | : | |
| DEREK A. LEWIS | : | |
| FREDERICK W. SMITH | : | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the within *United States' Motion and Incorporated Memorandum for Protective Order* was served on defense counsel through electronic service.

Baton Rouge, Louisiana, this 2nd day of September, 2010.

                      UNITED STATES OF AMERICA, by

                      DONALD J. CAZAYOUX, JR.
                      UNITED STATES ATTORNEY

                      /s/ Corey R. Amundson
                      Corey R. Amundson, LBN 28865
                      Assistant United States Attorney
                      777 Florida Street, Suite 208
                      Baton Rouge, Louisiana 70801
                      Telephone: (225) 389-0443
                      Fax: (225) 389-0561
                      E-mail: corey.amundson@usdoj.gov

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 10-132-BAJ-DLD |
| *versus* : | |
| : | |
| DEREK A. LEWIS : | |
| FREDERICK W. SMITH : | |

## ORDER

Considering the foregoing United States' Motion for Protective Order,

**THE COURT HEREBY FINDS** that the United States has shown good cause for issuance of a protective order pursuant to Rule 16(d)(1);

**IT IS THEREFORE ORDERED** that:

(1) A single copy of the discovery shall be provided to each of the defendants' counsel who shall maintain custody and control over the material. The provided material shall not be copied, in whole or in part, without prior approval by the Court.

(2) The discovery shall be reviewed only by the defendants and their counsel. The defendants and their counsel shall not disclose to anyone except to each other any information contained in, or derived from, the discovery without prior approval by the Court.

(3) Upon the conclusion of this case, the discovery and any copies thereof shall be returned to the United States.

Baton Rouge, Louisiana, this _____ day of September, 2010.

_____
HONORABLE BRIAN JACKSON
JUDGE, UNITED STATES DISTRICT COURT