# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | Criminal Action No. 10-132-BAJ-DLD |
|---|---|
| -vs- | |
| DEREK A. LEWIS | AUSA: Corey R. Amundson |
| FREDERICK W. SMITH | Deft. Atty.: Thomas C. Damico |
| | Deft. Atty.: Glen R. Petersen |

| JUDGE: | Docia Dalby | DATE: | September 2, 2010 |
|---|---|---|---|
| DEPUTY CLERK: | Joan Sheets-Launey | TAPE/REPORTER: | |
| INTERPRETER: | | PRETRIAL/PROBATION: | Alexis Bates |

## CLERK'S MINUTES
### Rule 5 Hearing and Arraignment

The defendants were sworn, advised of their rights and questioned by the court.

The defendants were informed of the charges pending against them and the maximum possible penalties.

The defendants both entered a plea of NOT GUILTY to the Indictment.

The court accepted the defendants' pleas of NOT GUILTY and will issue a scheduling order.

This matter is set for a pretrial conference on Thursday, October 7, 2010 at 10:00 a.m. in Room 375, and a Jury Trial on Monday, October 18, 2010 at 9:00 a.m. in Courtroom Two before the Honorable United States District Judge Brian A. Jackson.

The defendants were both released on their own recognizance with special conditions.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**

C: cr23; T:00:10
C: cr1; T:00:05